BEFORE THE FIRST DIVISION, FEBRUARY 6, 1941

**No. 45347.**—Protest 13228–K/88799 of International Import Co. (Chicago).

Opinion by WALKER, J. From the testimony it appeared that this onyx is not in block form as that term is commonly understood. It was found to be pieces broken off blocks in the process of shaping. *Vermont Marble Co.* v. *United States* (G. A. 4747, T. D. 22434), *Fisher* v. *United States* (G. A. 5425, T. D. 24683), and *Charles Mill Supply Co.* v. *United States* (G. A. 5312, T. D. 24325) distinguished. Since onyx is a mineral it was held dutiable at 30 percent under paragraph 214 as claimed.